**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **GLENDA LAVON CONNER,** | ) | BK No. 22-70451-JHH13 |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| **GLENDA LAVON CONNER,** | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | AP No. 22-70009-JHH |
| | ) | |
| **SELECT PORTFOLIO SERVICING, INC.** | ) | |
| **and GRAND AVENUE MORTGAGE** | ) | |
| **LOAN TRUST 2017-RPL1,** | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER GRANTING CONSENT MOTION**

    This matter is before the court on the *Consent Motion to Extend Time to Respond to Complaint and to Continue Scheduling Conference* (Doc. 17) (the "Motion") filed by the defendants in the above-captioned adversary proceeding (the "AP"). Based on the filings of record, and the representations of counsel set forth in the Motion, it is ORDERED:

    1.    The Motion is granted.

    2.    The defendants' deadline for responding to the plaintiff's complaint in the AP is extended to October 18, 2022.

    3.    The scheduling conference is continued to November 3, 2022 at 1:00 p.m. in Room 2600, United States Courthouse, 2005 University Boulevard, Tuscaloosa, Alabama.

    **DONE** this the 4th day of October, 2022.

                                                   /s/ JENNIFER H. HENDERSON
                                                   UNITED STATES BANKRUPTCY JUDGE