# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Glenda Lavon Conner | } | **Case No: 22-70451-JHH13** |
|   PLAINTIFF, | } | **AP No: 22-70009-JHH** |
| VS. | } | |
| Select Portfolio Servicing, Inc. | } | |
| Grand Avenue Mortgage Loan Trust | } | |
| 2017-RPL1 | | |
|   DEFENDANTS, | | |

### ORDER AND NOTICE OF HEARING

This matter came before the Court on Thursday, November 03, 2022 01:00 PM, for a hearing on the following:

  RE: Doc #9; Scheduling Conference

Proper notice of the hearing was given and appearances were made by the following:
  Josh Johnson, Staff Attorney for Trustee

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the filings, evidence, and all other matters before the court, and for the reasons stated on the record of the hearing:

(A) The scheduling conference is reset for December 1, 2022 at 9:00 a.m. in Room 2600, Federal Courthouse, 2005 University Boulevard, Tuscaloosa, Alabama.

(B) Due to failure of the parties' counsel to appear for the above-referenced November 3rd scheduling conference, further requests to continue the scheduling conference must be made by motion at least ten days prior thereto (the "Deadline") and shall only be granted for good cause shown. Further requests to appear telephonically for the scheduling conference must be made by motion, prior to the Deadline, and shall only be granted for good cause shown.

Dated: 11/04/2022

                                                /s/ JENNIFER H. HENDERSON
                                                JENNIFER H. HENDERSON
                                                United States Bankruptcy Judge