# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Glenda Lavon Conner | } | **Case No: 22-70451-JHH13** |
|    PLAINTIFF, | } | **AP No: 22-70009-JHH** |
| VS. | } | |
| Select Portfolio Servicing, Inc. | } | |
| Grand Avenue Mortgage Loan Trust | } | |
| 2017-RPL1 | | |
|    DEFENDANTS, | | |

## ORDER

This matter came before the Court on Thursday, January 12, 2023 01:00 PM, for a hearing on the following:

   RE: Doc #9; Scheduling Conference

Proper notice of the hearing was given and appearances were made by the following:
   Anthony B Bush, attorney for Glenda Lavon Conner (Plaintiff) (telephonic appearance)
   Pennie Cox, attorney for Glenda Lavon Conner (Plaintiff) (telephonic appearance)
   Rachel L. Webber, Bankruptcy Administrator
   Josh Johnson, Staff Attorney for Trustee

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the filings, evidence, and all other matters before the court, and for the reasons stated on the record of the hearing, the scheduling conference is adjourned but is subject to being rescheduled if the parties do not file a joint stipulation of dismissal within 30 days of the date of this order.

Dated: 01/13/2023

   /s/ JENNIFER H. HENDERSON
   JENNIFER H. HENDERSON
   United States Bankruptcy Judge